UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:24-MJ-05 |
| v. | : | (MEHALCHICK, C.M.J.) |
| ANDRE J. BURK a/k/a MAX VANCE, Defendant. | : | |

FILED
SCRANTON
JAN 30 2024
PER _____
DEPUTY CLERK

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and Kyle A. Moreno, Assistant United States Attorney, respectfully move the Court to unseal this case.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Kyle A. Moreno
KYLE A. MORENO
Assistant United States Attorney

## ORDER

And now this 30th day of January 2024, the case is hereby unsealed.

_____
KAROLINE MEHALCHICK
CHIEF U.S. MAGISTRATE JUDGE