IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:24-CR-15 |
| | : | Chief Magistrate Judge Saporito |
| v. | : | |
| MAX VANCE, | : | |
| Defendant | : | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

NOW, this 7th day of March, 2024, the above-named defendant having requested an attorney without payment of fee, and having completed the required Financial Affidavit (Form CJA 23) in support of said request, and having certified same to be correct;

AND, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving the right to counsel;

IT IS ORDERED THAT the Federal Public Defender for the Middle District of Pennsylvania, 330 Pine Street, Suite 302, Williamsport, PA 17701, be and hereby is appointed to represent the defendant in all matters pertaining to the above-captioned action.

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge