UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : 4:24-CR-15
:
MAX VANCE, :
:
Defendant :

## PLEA

AND NOW, this 7th day of March, 2024, the within named Defendant, MAX VANCE, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant