UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 4:24-CR-00015 |
| v. : | |
| : | (Chief Judge Brann) |
| MAX VANCE : | |
| a/k/a ANDRE J. BURK, : | Filed electronically |
| Defendant. : | |

## PROTECTIVE ORDER

Upon consideration of the concurred-in motion of the United States, the Court finds good cause for the entry of this protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and it is HEREBY ORDERED that:

1. This Order applies to the two data files with ".dat" file extensions containing third-party personally identifiable information, which the Government is producing in compliance with various discovery obligations (the "Data Files").

2. The Data Files may be viewed only by the parties' counsel, and their counsel's employees, investigators, and experts (the "authorized persons"). The Data Files and their contents shall not be shared with, shown to or viewed by the defendant.

3. To that end, any authorized person who views the Data Files

or to whom the Data Files are provided shall be provided a copy of this Order and required to sign the attached acknowledgement agreeing to be bound by its terms. The contents of the Data Files shall not be disclosed, in any other manner, to any person except as provided in this Order, or as further ordered by the Court.

4. The Data Files shall not be used for any purpose other than to prepare for the defense in the above-captioned action.

5. No additional copies of the Data Files shall be made by any authorized person, except as agreed to in writing by the parties, or as further ordered by the Court. Any such copies shall be treated in the same manner as the original materials and shall be subject to this Order. Likewise, any prepared notes or records of any kind that reference the contents of the Data Files are to be treated in the same manner as the original materials and subject to this Order.

6. The Data Files and their contents shall not be exhibited, shown, displayed, used for educational, research or demonstrative purposes, or used in any other fashion, except judicial proceedings in the above-captioned case.

7. Absent prior permission from the Court, with notice to

counsel for the United States, information in the Data Files shall not be included in any public filing with the Court, and instead shall be submitted only under seal.

8. The Data Files will not be shared outside of the defendant's counsel's office, or the defendant's investigator's office, or the defendant's expert's office, with any person not employed by, or an agent of, defendant's counsel.

9. The Data Files will not be provided to, or kept by, a witness, except that defendant's counsel may show discovery to a witness as described in paragraph 8.

10. Upon final disposition of this case, the Data Files and any copies made thereof shall be destroyed or returned to the United States, unless otherwise ordered by the Court. The Court shall require certification as to the disposition of any such materials..

11. Nothing in this Order shall limit any party to the action from seeking modification of this Order at any point in time.

Date: __April 22, 2025__               *s/ Matthew W. Brann*
                                       MATTHEW W. BRANN
                                       Chief United States District Judge

## ACKNOWLEDGMENT

      I have read this Protective Order and carefully reviewed every part of it. I fully understand it and I voluntarily agree to be bound by it.

_____         _____
Date                                                    [Authorized Person]