United States District Court
Middle District of Pennsylvania

| United States of America | No. 4:24-CR-00015 |
| V. | |
| Max Vance aka Andre Burk | |

Pro Se

## Emergency Motion to Proceed Pro Se

I am requesting to Proceed Pro Se.
I understand the risk associated with proceeding Pro Se, Per Faretta v. California, and I accept these risks.
I am severely behind on pre-trial motions which gives rise to the emergency nature of the motion. I need to file other motions that are of a critical and urgent nature.
I look Forward to the Faretta hearing.

Max Vance
330 Pine Street
#302
Williamsport, PA 17701

Inmate Name: Max Vance
Inmate# OS3096
Lycoming County Prison
~~PO Box 247~~ 277 w third street
~~Phoenix MD 21131-0247~~ Williamsport, PA 17701

HARRISBURG PA 171
31 MAY 2025 PM 2 L

RECEIVED
WILLIAMSPORT
JUN 02 2025
PER EA
DEPUTY CLERK

Legal Mail

Clerk of the Court
United States District Court
240 w third street
Williamsport, PA 17701