# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00015 |
| v. | (Chief Judge Brann) |
| MAX VANCE, | |
| Defendant. | |

## ORDER

**JUNE 16, 2025**

As discussed at the *ex parte* hearing held June 13, 2025, Mr. Vance will be proceeding *pro se*. The Court grants his oral request to submit briefing in support of the pending motion to transfer venue for trial. (Doc. 58). **THEREFORE, IT IS HEREBY ORDERED** that:

1. Mr. Vance's brief in support of the motion to transfer shall be filed on or before **Friday, July 11, 2025**;

2. The Government's brief in opposition shall be filed on or before **Friday, July 25, 2025**;

3. Mr. Vance may submit a reply brief on or before **Friday, August 8, 2025**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge