U.S. District Court
Middle District of Pennsylvania

U.S. v. Max Vance | No. 4:24-CR-00015

FILED
WILLIAMSPORT

JUN 27 2025

PER _____ NR _____
DEPUTY CLERK

Dear Judge/Court,
    I am writing this letter in regards to the emergency motion for temporary release pursuant to 18 U.S.C. 3142(i) that I filed with the court during the week of 6/15/2025. In my motion I did not explicitly request an evidentiary hearing to determine whether the emergency motion for temporary release should be granted
    I respectfully request that this honorable court convene an evidentiary hearing to determine whether my emergency motion for temporary release should be granted.

Sincerely
Max Vance

277 w third street
williamsport, PA 17701

Inmate Name Max Vance  Inmate # and OS 30796
Lycoming County Prison
~~P.O. Box 217~~ 277 w third street
~~Phoenix, MD 21614-0217~~ Williamsport, 17701

HARRISBURG PA    171
26 JUN 2025  AM 1  L

Dog Bite Awareness
#DogBiteAwareness
FOREVER

RECEIVED
WILLIAMSPORT
JUN 27 2025
PER____NR____
DEPUTY CLERK

Clerk of the Court
U.S. District Court
240 w third Street
Williamsport, PA 17701

17701-646099

Legal Mail

Legal Mail