U.S. District Court
Middle District of Pennsylvania
U.S. v. Max | Case Number
4:24-CR-00015

Emergency Motion for a hearing for an Emergency Motion for Temporary Release Pursuant to 18 U.S.C. 3142(i)

The purpose of this motion is to request a hearing for an Emergency motion for Temporary release that was filed on or about June 16th, 2025. I'm not 100% sure if this is needed but I decided to file it just in case it is. The emergency designation of this motion arises from my developing health issues and substantial interference with my legal defense preparations.

FILED
WILLIAMSPORT
AUG 11 2025
PER NR
DEPUTY CLERK

FILED
WILLIAMSPORT
AUG 11 2025
PER
DEPUTY CLERK

Date 8-8-2025
Max Vance

Page 1 of 1

