United States District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Case Number 4:24-CR-00015

Motion to Request Briefing Schedule for ("Second Emergency motion for Temporary Release pursuant to 3142(i)") or Alternatively, Motion for Notice of a briefing schedule

Between 9/2/2025 and approximately 9/10/2025 my "Second Emergency motion for Temporary Release" and related motions were filed. I am not sure if a briefing schedule was specified in a judicial order or if there is a briefing schedule. I have created this motion to request a briefing schedule or a copy of an existing briefing schedule.

Thank you, Much Appreciated

Max Vance

FILED
WILLIAMSPORT

OCT 14 2025

DEPUTY CLERK

FILED
WILLIAMSPORT

OCT 14 2025

PER NR
DEPUTY CLERK



Inmate Name: Max Vance
Inmate#: 0530796
Lycoming County Prison
277 W Third Street
Williamsport 17701

Clerk of the Court
United States District Court
240 West Third Street
Williamsport, PA 17701

HARRISBURG PA 171
10 OCT 2025 AM 2 L

RECEIVED
WILLIAMSPORT
OCT 14 2025
PER_____
DEPUTY CLERK

Legal Mail

Confidential Legal Mail

17701-643868