United States District Court
Middle District of Pennsylvania

FILED
WILLIAMSPORT
NOV 04 2025
PER NR
DEPUTY CLERK

U.S. v. Max Vance | Case number 4:24-CR-00015

Brief in support of Emergency Motion to deem ("Second Emergency Motion for Temporary Release pursuant to 18 U.S.C. 3142(i)") as unopposed pursuant to M.D. Pa. LR 7.6

On 1-30-2024 I was indicted in the Middle District of Pennsylvania. The indictment contains 1 count alleging that I violated 18 U.S.C. 1030(a)(2)(C) and (C)(2)(B)(iii). On 3-7-2024 I appeared before Magistrate Judge Joseph F. Saporito and pleaded not guilty.

The government attorney did not file an opposition brief before the expiration date. An extension was not requested or granted before the prescribed period for filing a brief in opposition expired. As a consequence of the brief in opposition not being filed on or before the expiration date "second Emergency Motion for Temporary Release pursuant to 18 U.S.C. 3142" should be deemed unopposed.

Page 1 of 2

FILED
WILLIAMSPORT
NOV 04 2025
per M.d. Pa. LR 7.6 d.h., d.g
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Max Vance

Case Number
4:24-CR-00015

Brief in Support of Emergency Motion to
deem (a) Second Emergency Motion for Temporary
Release pursuant to 18 U.S.C. 3142(i)"
as unopposed pursuant to Middle Pa.
LR 7.6

On 1-30-2024 I was indicted in the
Middle District of Pennsylvania. The indictment
contains 1 count – alleging that I violated 18
U.S.C. 1030(a)(2)(c) and (c)(2)(B)(iii).

On 3-7-2024 I appeared before
Magistrate Judge Joseph F. Saporito and
pleaded not guilty.

The government attorney did not file an opposition
brief before the expiration date. An extension
was not requested or granted before the
prescribed period for filing a brief in
opposition expired. As a consequence
of the brief in opposition not being filed
on or by the expiration date, the "Second
Emergency Motion for Temporary Release pursuant
to 18 U.S.C. 3142(i)" should be deemed
unopposed.



Inmate Name: Vince Max
Inmate #: 05-30796
Lycoming County Prison
277 W Third St
Williamsport, PA 17701

Legal Mail

Clerk of the Court
United States District Court
40 West Third Street
Williamsport, PA 17701

RECEIVED WILLIAMSPORT NOV 04 2025 PER ___ DEPUTY CLERK