U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case number 4:24-CR-00015

Motion to suppress all evidence obtained during the ~~during~~ execution of the January, 2024 search warrant

Alleged evidence was seized during the execution of a search warrant in the Southern District of California in violation of the Fourth amendment. I am requesting that all alleged evidence that was seized ~~during~~ during this unconstitutional search be suppressed.

FILED
WILLIAMSPORT
NOV 14 2025
PER NR
DEPUTY CLERK

Max Vance

Page 1 of 1

Inmate Name: Max Vance
Inmate# 05-30796
Lycoming County Prison
277 W Third Street
Williamsport, 17701

legal mail

HARRISBURG PA 171
13 NOV 2025 AM 2 L

RECEIVED WILLIAMSPORT
NOV 14 2025
PER NR
DEPUTY CLERK

Clerk of The Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

17701-643899

legal mail