U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Varce | Case number
4:24-CR-00015

FILED
WILLIAMSPORT
NOV 14 2025
PER NR
DEPUTY CLERK

Motion to have all items that were taken from me during the execution of the search warrant returned to me pursuant to Rule 41(g)

I've been severely prejudiced by the fact that my property has not been returned. The search warrant states that my property should be returned after approximately 90 days, it has been over 650 days since my property was taken. This motion will be followed by a brief in support submission within the next 14 days. Additional details will be included.

Max Varce

page 1 of 1