FILED
WILLIAMSPORT

NOV 26 2025

PER _NR_
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in Support of Motion to have all
of my property that was seized while
executing a search warrant in the
Southern District of California Returned
pursuant to Rule 41(g)

## Procedural History

On 1-30-2024 I was indicted in the
Middle District of Pennsylvania. The
Indictment includes 1 count, alleging a
violation of 18 U.S.C. 1030(a)(2)(C).
On 3-7-2024 I plead not guilty
in the Middle District of Pennsylvania.

## Factual History

On 1-18-2025 searches warrants were
executed and ~~all~~ my property was confiscated
by government agents.

The search warrant states that my property
is to be returned after 90 days. It has

[Legal Mail]

Inmate Name: Max Vance
Inmate#: OG-307-06
Lycoming County Prison
~~P.O. Box 268~~ 277 West Third Street
~~277 West Third Street~~ Williamsport, 17701

Clerk of the Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

HARRISBURG PA 171
25 NOV 2025 AM 2 L

* USA * FOREVER *

RECEIVED
WILLIAMSPORT
NOV 26 2025
PER
KJR
DEPUTY CLERK

Legal Mail

17701-643899