FILED
WILLIAMSPORT

DEC 15 2025

PER ___EA___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-0001S

Motion to unseal Document 10S, Document
106, and all sealed Motions and Briefs and
exhibits associated with my "Motion to
transfer for trial pursuant to Rule 21"

After careful consideration and a conference call
I have concluded that there is no information
in my "motion to transfer for trial pursuant to Rule 21"
or its associated brief and other documents that
is inappropriate for public view. I am
requesting that the aforementioned motion and
any sealed associated documents be unsealed.

Max Vance

page 1 of 1

Confidential Legal Mail

Inmate Name: Max Vance
Inmate#: 06-30746
Lycoming County Prison
277 W Third St
Williamsport, Pa 17701

Clerk of the Court
U.S. District Court
240 West Third Street
Williamsport, PA 17701

HARRISBURG PA 171
11 DEC 2025 PM 1 L

RECEIVED
WILLIAMSPORT
DEC 15 2025
PER _____
EA
DEPUTY CLERK

17701-848898

Confidential Legal Mail