Request

Case # 4:24-CR-00015

Dear Clerk,

Please send me a copy of Document 105 and Document 106.
These documents are the Motion to transfer for trial and it's Brief in Support.
If there is another process that is required to have these documents sent to me please let me know
I am requesting these documents be sent to me because I have been informed that ecf and pacer are not allowing accessing to a third party.

Thank you
Sincerely
May Vance
Lycoming County Prison
275 West Third Street
Williamsport, PA

page 1 of 1