FILED
WILLIAMSPORT
DEC 22 2025
PER EA
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case number
| 4:24-CR-00015

Motion for Court Order requiring prison officials and/or U.S. Marshals to allow me to use the internet for the purpose of researching expert witnesses, vetting expert witnesses, and vetting the methodology used to find expert witnesses

One of the elements that will determine if a fair trial is possible is which expert witnesses are selected. Due to an extremely large caseload resources at the Williamsport federal Public Defenders' office office are very much strained, and this is the first CFAA case that has been worked on by Stand by counsel and counsel's personnel. My involvement in the selection of expert witnesses would be most beneficial to legal defense preparations.

I am requesting a court order compelling prison officials and/or U.S. Marshals to provide me with access to the internet for the purpose of researching expert

Page 1 of 2

witnesses, vetting expert witnesses, and vetting the methodology being using to search for potential expert witnesses.

Allowing me to access the internet for the aforementioned purposes satisfies 1 of a number of conditions that must be met to ensure the administration of justice and a fair trial.

Max Vance

Inmate Name: Marc Vance
Inmate #: OS-38296
Lyoming County Prison
277 W Third street
Williamsport 17701

Clerk of the Court
U.S. District Court
240 west Third Street
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
DEC 22 2025
PER EA
DEPUTY CLERK

Mail Legal