12/29/25 NF

FILED
WILLIAMSPORT

DEC 29 2025

PER___NF___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief In Support of My Motion for Leave
to file a supplemental Brief in support of my
Motion to transfer for Trial pursuant to Rule 21

## Procedural History

On 1-30-2024 I was indicted in the M.D. PA
On 3-7-2024 I pleaded not guilty to the 1 count
on the Indictment. The indictment lists a
CFAA violation, 1030 (a)(2)(C) and (c)(2)
(B)(iii).

## Factual History

On 11-26-2025 my "brief in support of Motion
to transfer for trial pursuant to federal rule
of Criminal procedure 21" was filed. (doc 106)

## Introduction

I am requesting leave to file a supplemental
brief to expand on topics introduced in my
brief in support (doc 106). The purpose of this
expansion is to highlight emerging issues that

FILED
WILLIAMSPORT
DEC 24 2025

will directly impact whether or not a fair trial is feasible or possible.

Max Varee