

U.S. Department of Justice

Brian D. Miller
United States Attorney
Middle District of Pennsylvania

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| William J. Nealon Federal Building | Sylvia H. Rambo United States Courthouse | Herman T. Schneebeli Federal Building |
|---|---|---|
| 235 N. Washington Avenue, Suite 311 | 1501 N. 6th Street | 240 West Third Street, Suite 316 |
| P.O. Box 309 | Box 202 | Williamsport, PA 17701-6465 |
| Scranton, PA 18503-0309 | Harrisburg, PA 17102 | (570) 326-1935 |
| (570) 348-2800 | (717) 221-4482 | FAX (570) 326-7916 |
| FAX (570) 348-2037/348-2830 | FAX (717) 221-4493/221-2246 | TTY (570) 326-9843 |
| TTY (570) 341-2077 | TTY (717) 221-4452 | |

*Please respond to: Scranton*

December 29, 2025

Via ECF

Matthew W. Brann
Chief United States District Judge
Middle District of Pennsylvania

  Re: *United States v. Vance* (4:24-CR-00015) Motion to Unseal (Doc. 112)

Dear Chief Judge Brann:

  The defendant in this case filed a motion to unseal Documents 105 and 106 on this case's docket. (Docs. 112, 113). The government opposes the motion and respectfully requests the Court deny the motion. Documents 105 and 106 contain information regarding the contents of the Data Files subject to this Court's Protective Order (Doc. 56). Accordingly, they are to remain under seal pursuant to that Order. (Doc. 56, ¶ 7).

              Sincerely,

              BRIAN D. MILLER
              United States Attorney

By:     /s/ *Kyle A. Moreno*
                                                                    KYLE A. MORENO
                                                                    Assistant United States Attorney

Cc: Gerald A. Lord, Esq.