FILED
WILLIAMSPORT

JAN 02 2026

PER ___EA___
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-00015

Emergency motion to update the docket

1. On or about 11-21-2025 I mailed an envelope addressed to the Clerk of the Court. The envelope contained a cover letter, Motion to transfer for trial, brief in support, 5 exhibits, etc...

2. I am requesting that the 5 exhibits that I included in the aforementioned envelope be appended to the brief in support of Motion to transfer for trial (doc 106). The exhibits are labelled exhibit F, G, H, I, I-1, and were mentioned in (doc 105-2). Gerald Lord sent me a copy of the docket sheet that I received on 12-28-2025. There's no indication the exhibits were entered into any other docket entries. Please append these exhibits to doc 106.

3. In November I sent 2 support briefs.

Page 1 of 2

1 is in doc 100 and the other is in doc 104. Both briefs were written on 1 sheet of paper and both were 2 pages long with page 1 on the front of the sheet and page 2 on the back of the sheet. In both cases, only page 1 was scanned into the docket entries. I sent letters on 12-7-2025 and 12-11-2025, addressed to the Clerk of the Court, requesting that the original documents be rescanned, and doc 100/104 be updated to include the second pages. I have not received any information indicating that doc 100 and doc 104 were updated. If doc 100 and doc 104 have not yet been updated to include the second pages please update them.

Max Vance