FILED
WILLIAMSPORT

JAN 15 2026

PER _____ NR
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
4:24-CR-00015

Motion For an extension of time to Reply
to DOJ's Letter brief in opposition
to motion for return of property pursuant to Rule
41(g), Letter brief in opposition to motion
to unseal doc 105, 106, related docs, And
Brief in opposition to defendant's motion to
suppress

This motion respectfully moves this court
for an extension of time to file Replies. In
support thereof, I aver the following:
On 12-24-2025 the doj filed
a letter brief in opposition to my motion
for return of property pursuant to Rule 41(g).
I am required to reply on or before 1-7-2026.
I respectfully request an extension to 2-4-2026.
Due to excessive restrictions on my first
amendment rights that are making information gathering
phases long and difficult I am also requesting
an extension to 2-9-2026 for replies to letter
brief in opposition to motion to unseal, and brief in

Page 1 of 2

page 2 of 2

Opposition to Motion to Suppress.

Local Rules in M.d.PA state that
incarcerated pro se defendants are not
required to seek concurrence.

Max Vance
defendant

page 2 of 2

Max VanCe
Lycoming County Prison
277 west Third str
Williamsport, PA-17701

RECEIVED
WILLIAMSPORT

JAN 15 2026

PER_____NB_____
DEPUTY CLERK

Clerk of the Court
U.S. District Court
240 west Third street
Williamsport, PA 17701