FILED
WILLIAMSPORT

JAN 2 3 2026

PER _____ NR
DEPUTY CLERK

U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24-CR-00015

Motion for extension of time to Reply
to Brief in opposition to motion to transfer for trial
and to submit supplemental Brief

I respectfully move this court for an extension
of time to file a Reply Brief to opposition
Brief to motion to transfer for trial, and supplemental
Brief for motion to transfer for trial.

I am required to file the aforementioned
Briefs by 1-23-2026.

Due to extreme and excessive restrictions
on my 1st amendment rights, and strained
and unavailable resources for investigations
and research, I am requesting to extend
the due date for submission of my
supplemental Brief to 2-4-2026 and
my Reply Brief to 2-16-2026.

Local rules in the M.D.PA state that

Page 1 of 2

Page 2 of 2

Incarcerated pro se defendants are exempt from seeking concurrence.

Max Vance
defendant

Page 2 of 2

Inmate Name & Number ~~Man Vance 03-3476~~
Lycoming County Prison
277 w Third street
~~Williamsport, Pa 17701~~

HARRISBURG PA 171

21 JAN 2026  PM 4  L

★ USA ★ FOREVER ★

CLerk of The Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT

JAN 23 2026

PER ___Ne___
DEPUTY CLERK

17701-646099

Confi. A. 1. Peal / Ma. T

Urgent Confidential Legal Mail