UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 4:24-CR-00015 |
| v. : | |
| : | (Chief Judge Brann) |
| MAX VANCE : | |
| a/k/a ANDRE J. BURK, : | |
| Defendant. : | |

## GOVERNMENT'S STATEMENT CONCERNING SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, makes the following statement in accordance with Local Criminal Rule 7.1 relating to superseding indictments.

The Superseding Indictment in this case contains the following changes in comparison to the original Indictment:

Count 1 now includes an additional allegation that the offense was committed in furtherance of a criminal and tortious act in violation of the laws of the Commonwealth of Pennsylvania, that is, Unlawful Duplication, in violation of Title 18, Pennsylvania Consolidated Statutes Annotated, Sections 7614(a) and (b)(2).

At the Government's request and presentation of evidence, the Grand Jury found probable cause to add Counts 2 and 3 to the

1

Superseding Indictment, both of which charge false statements in violations of 18 U.S.C. § 1001(a)(2).

In addition, the forfeiture allegation contained in the original Indictment has been amended to reflect the addition of Counts 2 and 3.

The United States does not intend to seek a continuance of this matter based on the filing of the Superseding Indictment.

Dated: February 3, 2026                Respectfully submitted,

                                                        BRIAN D. MILLER
                                                        United States Attorney

                                                        */s/ Kyle A. Moreno*
                                                        KYLE A. MORENO
                                                        Assistant United States Attorney
                                                        William J. Nealon Federal Bldg.
                                                        235 N. Washington Ave., Ste. 311
                                                        Scranton, PA 18503
                                                        T: (570) 348-2800
                                                        F: (570) 348-2037
                                                        kyle.moreno@usdoj.gov
                                                        PA 333669