Case number 4:24-CR-00015

Dear Judge Brann,
My Reply Brief for the motion to transfer for trial (doc 105) was mailed on 1-31-26 or 2-1-26. I am requesting that my motion for leave to file a supplemental brief be withdrawn. I have concluded that supplemental briefing for the doc 105 motion is not needed, currently.

FILED
WILLIAMSPORT
FEB 0 5 2026
PER NR
DEPUTY CLERK

Thank you,
Sincerely
Max Vance
Defendant
2-2-2026

page 1 of 1

Max Vance
Columbia County Prison
721 Iron street
bloomsburg, PA 17815

Urgent Legal Mail

CLERK of the Court
U.S. District Court
240 west Third Street
Williamsport, PA 17701

HARRISBURG PA 171
3 FEB 2026 PM 4 L



RECEIVED
WILLIAMSPORT
FEB 05 2026
PER NR
DEPUTY CLERK

17701-643899

Urgent Legal Mail