# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | NO. 4:24-CR-00015 |
|---|---|---|
| | : | |
| | : | (BRANN, C.J.) |
| v. | : | |
| | : | (CAMONI, M.J.) |
| MAX VANCE, | : | |
| Defendant | : | |

FILED
WILLIAMSPORT

FEB 0 5 2026

PER _C.K.W._
DEPUTY CLERK

## PLEA

AND NOW, this 5th day of February 2026, the within named Defendant, hereby enters a plea of ___Not Guilty___ to the within Superseding Indictment.

X _[signature]_
(Defendant's Signature)

_[signature]_
(Defense Counsel)

Stand by Counsel

Page 1 of 1