U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case number
4:24-CR-00015

Motion for Leave to file a supplemental Brief in support of Motion to continue jury selection and trial and to extend the time to file pretrial motions and briefs

There have been substantial developments since I mailed in my motion to continue and extend time, on or about 2/1/2026. I will file this motion for leave and the supplemental brief on the same day so that if Leave is granted the supplemental brief will be filed and ready to review.

Max Vance
Defendant

Page 1 of 1

Mary Vince
Columbia County Prison
721 iron Street
bloomsburg, Pa 17815

Urgent Confidential Legal Mail
PER ___
RECEIVED
WILLIAMSPORT
FEB 11 2026
EA
DEPUTY CLERK

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, Pa 17701

HARRISBURG PA 171
9 FEB 2026 PM 6 L



17701-643699