U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance / Case number 4:24-CR-00015

Supplemental Brief in Support of Motion to Continue jury selection and trial and to extend the time to file pretrial motions and briefs

## Procedural History

On 1-30-2024 I was indicted. On 3-7-2024 I pled not guilty. On 2-3-2026 a superseding indictment was filed. On 2-5-2026 I found out about the indictment at the courthouse, right before a conference. Then I pled not guilty on 2-5-2026. On or about 2-1-2026 I mailed a motion to continue jury selection and trial and to extend the time to file pretrial motions and briefs.

## Introduction

Since I mailed my motion for a continuance and an extension of time a superseding indictment was filed. After I filed the motion that this brief supplements new developments emerged that require more pretrial preparations, and additional time to

to prepare my defense.

D.O. "J" attorney Kyle Moreno could have indicted on the allegation that I made false statements over 2 years ago. A false statement charge is listed on the criminal complaint filed in January of 2024. Considering the fact that they are filing this new indictment, that could have been filed 2 years ago, this late and close to the proposed trial date makes it clear that this is a do"j" stunt meant to prejudice an already exceedingly prejudiced and underresourced defendant.

My need for at least a 60 day continuation and time extension, for jury selection, trial, and pretrial motions/briefs, is much greater now than it was when I mailed the motion. I need to prepare to defend myself against these new charges, increase the scope and depth of the expert witnesses' testimonials, and even challenge the validity of the counts in the new indictment. This requires more research and other efforts, which are of course being disrupted and hindered by prison officials, hence more time is needed.

Max Vance
Defendant