U.S. District Court
Middle District of Pennsylvania
U.S. v. Max Vance | Case Number
| 4:24—CR—00015

Reply Brief in support of Motion to suppress
( doc 99 )

## Law

"Under the fourth amendment, a search pursuant to a warrant is limit to the scope of the warrant. "As to what is to be taken, nothing is left to the discretion of the officer executing the warrant."" (Andresen v. MaryLand, 427 U.S. 463, 479, 96 S. Ct 2737 ,(1976))

## Events and Context

In section B1 of the court sealed search warrants, that were signed by a judge in the Southern District of California, it clearly states that federal agents executing the search warrants are limited to electronic devices and media that can store the information that was allegedly stolen. Federal agents seized items that are outside the scope of what the search

stated can be seized, including bank cards
, passport, etc.. I was not under arrest
by the fbi. The fbi had no arrest
warrant; they were not granted permission by the
search warrant to take my passport.

The execution of the search warrant devolved
into an impermissible general search, ~~the one~~
~~~~ fishing for nothing in particular.
Federal agents encouraged a San Diego Sheriffs'
Deputy to enter my ~~~~ home an confiscate
my property. The local deputy was not authorized
to participate in the search and seizure, and
the local deputy also ~~~~ seized property that
was outside the scope of the search warrant.

The execution of the federal search warrant, approved
by a federal judge, devolved into a warrantless
search by federal and local agents. Property
seized by the local deputy is unaccounted for.

Any "evidence" associated with these unlawful searches
and seizures should be suppressed. Futhermore, I
was not provided with the exhibits that are cited in doc 122. They are inaccessible
~~~~ to me. ~~~~ So I was unable to check them.

Max Vance
Defendant

Max Vance
~~BCH~~ Columbia County Prison
721 iron street
Bloomsburg, pa 17815



HARRISBURG PA   171
11 FEB 2026   PM 2  L

RECEIVED
WILLIAMSPORT

FEB 13 2026

PER ___ *EA*
DEPUTY CLERK

Urgent Legal Mail

CLERK of the Court
U.S. District Court
240 west Third street
Williamsport, PA 17701

17701-643899