Case Number: 4:24-cr-00015-MWB Document Number: 134 User: EA Printed: 1/28/2026 3:07:43 PM

Max Vance 0530796
SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE
Lycoming County Prison
277 West Third Street
Williamsport,PA 17701

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

RECEIVED
WILLIAMSPORT
FEB 19 2026
PER EA
DEPUTY CLERK

HARRISBURG PA 171
31 JAN 2026 PM
US POSTAGE
ZIP 18640
02 7H
0006134433
$ 000.7
JAN 28 20

RETURN TO SENDER
☒ Not Here
☐ Temporarily Released to: _____
☐ Other _____

NIXIE    171    7E 1    2202/12/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 17701646899    *2823-10718-31-36

Case Number: 4:24-cr-00015-MWB Document Number: 140 User: CAW Printed: 2/4/2026 2:38:18 PM

Max Vance    0530796
SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE
Lycoming County Prison
277 West Third Street
Williamsport, PA 17701

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS



RETURN TO SENDER
✓ Not Here
___ Temporarily Released to:___
___ Other:___

RETURN TO SENDER

HARRISBURG PA 171
6 FEB 2026 AM 2 L

US POSTAGE IMI PITNE
ZIP 18640
02 7H
$ 000
FEB 0

RECEIVED
WILLIAMSPORT
FEB 19 2026
PER EA
DEPUTY CLERK

NIXIE    171    5C 1        2292/13/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 17701646999    *2923 00456 05-1