

**U.S. Department of Justice**

*Brian D. Miller*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*235 N. Washington Avenue, Suite 311*<br>*P.O. Box 309*<br>*Scranton, PA  18503-0309*<br>*(570) 348-2800*<br>*FAX (570) 348-2037/348-2830*<br>*TTY (570) 341-2077* | *Sylvia H. Rambo United States Courthouse*<br>*1501 N. 6th Street*<br>*Box 202*<br>*Harrisburg, PA  17102*<br>*(717) 221-4482*<br>*FAX (717) 221-4493/221-2246*<br>*TTY (717) 221-4452* | *Herman T. Schneebeli Federal Building*<br>*240 West Third Street, Suite 316*<br>*Williamsport, PA  17701-6465*<br>*(570) 326-1935*<br>*FAX (570) 326-7916*<br>*TTY (570) 326-9843* |

*Please respond to: Scranton*

February 20, 2026

<u>Via ECF</u>

Matthew W. Brann
Chief United States District Judge
Middle District of Pennsylvania

    Re:    <u>United States v. Max Vance a/k/a Andre J. Burk</u> (4:24-CR-00015) Motion to Continue Trial (Doc. 145)

Dear Chief Judge Brann:

    The Government writes in response to the defendant's motion to continue the trial in this case. (Doc. 145). The Government opposes any continuance. Please accept this letter in lieu of a more formal brief in opposition.

    The defendant has continued the trial in this case for over two years now. The principal concern raised by the defendant in his motion is that he is still looking for an expert witness. It is not immediately apparent what opinion the defendant is seeking a new expert witness to render, or how it would aid his defense. But, as was established at the last status conference in this matter, the defendant, while counseled, secured an expert to dispute the value of the information obtained in the computer breach. The defendant, based on the conference, apparently does not favor the "quality" of that expert or his report and wants a new expert. But the defendant has had over a year since

2

securing that expert to find a new one. So this concern does not justify yet another continuance.

In his supplemental brief, the defendant also argues for a continuance based on the filing of new charges. The new charges, however, encompass false statements made to the FBI, the audio recording of which the defendant has had in discovery for nearly two years. Accordingly, a continuance is not necessary to meet these charges.

The Government requests the Court deny the motion to continue and proceed to trial as scheduled on April 20, 2026.

                                        Sincerely,

                                        BRIAN D. MILLER
                                        United States Attorney

                            By:    /s/ *Kyle A. Moreno*
                                      KYLE A. MORENO
                                      Assistant United States Attorney

Cc: Gerald A. Lord, Esq.