**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 4:24-CR-00015 |
| v. | | (Chief Judge Brann) |
| MAX VANCE, | | |
| Defendant. | | |

**ORDER**

**AND NOW**, this 1ˢᵗ day of May 2026, **IT IS HEREBY ORDERED** that sentencing is scheduled for **May 14, 2026, at 12:00 p.m.** in Courtroom 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge