United States District Court
Middle District of Pennsylvania

| | |
|---|---|
| U. S. v. Max Vance | Case Number: 4:24-CR-00015 |

Motion to have my supervised release transferred to a federal judge based in the Southern District of Florida (SDFL)

Since I now/currently reside in the Southern District of Florida I have filed this motion to have the supervised release that I am being subjected to, transferred to, and presided over by a judge based in the Southern District of Florida (SDFL).

FILED
WILLIAMSPORT
AUG 14 2026
PER NR
DEPUTY CLERK

Max Vance

Page 1 of 1

Date 8-11-26

Max Vance
Federal Defenders Office
100 Chestnut Street
3rd Floor
Harrisburg Pa 17101

MIAMI FL 330
11 AUG 2026 PM 2 L




CLERK of the Court
U.S. District Court
240 west 3rd street
Williamsport, Pa 17701

RECEIVED
WILLIAMSPORT
AUG 14 2026
NR
PER ________ DEPUTY CLERK

17701-646099