United States District Court
Middle District of Pennsylvania

U.S. v. Max Vance | Case Number
4:24-CR-00015

Brief in support of my motion to have my federal supervised release transferred to a federal judge based in the SDFL

Introduction

Since I currently reside in the SDFL I have filed this brief in support of my motion to have the supervised release that I am being subjected to transferred to a judge based in the SDFL.

I respectfully request that this Court transfer the supervise release oversight to a Court in SDFL.

FILED
WILLIAMSPORT

AUG 14 2026

PER NR
DEPUTY CLERK

Max Vance

 Date 8-11-26