FILED
WILLIAMSPORT
OCT 02 2026
PER NR
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA v. MAX VANCE
Case No. 4:24-CR-00015

## Emergency Motion for Temporary Authorization to Remain in Florida Stay of Relocation Directive and Expedited Consideration

I respectfully request a modification or clarification of residence and reporting conditions under 18 U.S.C. § 3583(e)(2) and Federal Rule of Criminal Procedure 32.1. I ask the Court to authorize continued residence in South Florida and suspend the Pennsylvania relocation deadline while the Court reviews the residence and supervision dispute.

### Facts Supporting Emergency Relief

1. The Court imposed supervised release in this case. I have been informed that jurisdiction remains in the Middle District of Pennsylvania. 2. I have a home in Lauderhill, Florida, within the Southern District of Florida. This is my only

available home plan. I will supply the full address through a sealed reference list under Rule 49.1(g) and Local Rule 5.2(e), following the Clerk's filing procedures.

3. I have family support in South Florida and currently have work and employment there. Relocation would separate me from that support and destroy the support and income used to maintain stability.

4. I also receive therapy in South Florida. The treatment arrangement and expected negative consequences of interruption would be substantial. 5. I was informed acceptance of supervision in the Southern District of Florida was denied. The denial was communicated on Thursday, September, 24th 2026 by a probation officer located in the Middle District of Pennsylvania, Mike Yasenchak.

6. On September 24th, 2026, Mike Yasenchak instructed me to relocate and report to Williamsport, Pennsylvania by Tuesday. October 6, 2026, in the morning. I was told that failure to comply would result in a technical violation allegation.

7. The required relocation is over 1,000 miles away from my residence. I have no available home plan, employment, or comparable support anywhere outside of South Florida, and I lack the necessary funds to travel/relocate to Pennsylvania which is over 1,000 miles away from my residence. I provided this information to the probation offices in the SDFL and the MDPA, the probation officer, and multiple officials in these probation offices. No solution has been provided.

8. This unreasonable directive will lead to a loss of residence, loss of work, and an interruption of psychological therapy. I seek permission to comply with supervision from my stable residence in Florida; I do not seek the suspension of supervision.

**Requested Temporary Order**

I request that the Court:

A. Temporarily authorize me to remain at Residence A in Lauderhill, Florida, with the full address supplied through the sealed reference list, and suspend the instruction and deadline requiring my physical relocation to and reporting in Pennsylvania.

B. Specify that remaining at my residence and not relocating to Pennsylvania during the authorized period does not, by itself, violate the residence or other supervised release requirements.

C. Continue reporting to the U.S. Probation Office in the Southern District of Florida, or establish interim reporting to the Middle District of Pennsylvania probation by telephone or video.

D. If a hearing is scheduled I request remote participation because of the distance and my lack of travel funds, subject to the Court's approval.

**Notice and Government Position**

I was not able to seek concurrency from the government due to logistics, gaps in information, and urgency.

Respectfully submitted,

Date: September 29th, 2026
Signature: Max Vance
Max Vance
Lauderhill, Florida
Defendant pro se

Align top of FedEx® shipping label here

ORIGIN ID:ZFTA (215) 545-7898
ANDRE BURKE

261 NORTH UNIVERSITY DRIVE
SITE 500 PMB 36
PLANTATION, FL 33324
UNITED STATES US

SHIP DATE: 30SEP26
ACTWGT: 0.35 LB
CAD: 6570882/ROSA2710

TO CLERK OF THE COURT
U.S. DISTRICT COURT
240 WEST 3RD STREET

WILLIAMSPORT PA 17701
(000) 000-0000 REF:
INV:
PO: DEPT:

RECEIVED
WILLIAMSPORT
OCT 02 2026
NR
DEPUTY CLERK

FedEx Express

E

FRI - 02 OCT 5:00P
** 2DAY **

TRK# 0201 8780 0802 4718

SS WMPTG

BVSA 17701
PA-US MDT

elope
cle me