FILED
WILLIAMSPORT
OCT 02 2026
PER NR
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA v. MAX VANCE
Criminal No. 4:24-CR-00015

## Motion for Appointment of Counsel for Supervised Release Proceedings and Related Hearings

I respectfully request appointment of counsel under 18 U.S.C. Section 3006A(a)(1)(E), (b), and (c), and Federal Rule of Criminal Procedure 32.1, to represent me in litigation concerning my supervised release conditions and any related hearings. I am financially unable to obtain adequate representation. I ask that the Federal Public Defender, or a qualified Criminal Justice Act panel attorney if appropriate, be appointed promptly.

### Background and Need for Counsel

1. I am serving supervised release in this criminal case and have been informed that jurisdiction remains in the Middle District of Pennsylvania.

2. I am currently proceeding pro se in these supervised release matters. I now request representation and do not waive counsel for these proceedings.

3. The current dispute concerns whether I may reside in Lauderhill, Florida, within the Southern District of Florida, and whether I must relocate and report in Pennsylvania. I have a home, work and employment, family support, and therapy in South Florida. I have no currently available Pennsylvania home plan or employment and lack funds to travel/relocate over 1,000 miles.

4. I was informed that Florida supervision had been denied. On September, 24th 2026, Mike Yasenchak directed me to relocate to and report in Pennsylvania by October, 6th 2026, and told me that failure to comply would result in an alleged technical violation.

5. The supervision matters for which I request counsel are the motions I have filed and those that will be filed in the coming days. They include my request for temporary residence relief and soon to be filed request to clarify or modify residence and reporting conditions under 18 U.S.C. Section 3583(e)(2). I also need assistance with coordination and possible transfer under 18 U.S.C. Section 3605.

6. I cannot afford to retain counsel. My income, available resources, necessary living expenses, and debts are set out in my separately submitted financial materials. I request a financial eligibility determination based on my actual net resources. I will provide accurate additional information if the Court requires it.

7. Counsel is needed to review my judgment and conditions, obtain and assess the reasons for the Florida denial, develop a verified home and treatment plan, communicate with probation and the Government, prepare or supplement motions, and present evidence and legal arguments at any related hearing. The dispute concerns my ability to maintain housing, employment, treatment, and compliance with supervision.

**Requested Relief**

I respectfully ask the Court to:

A. Determine my financial eligibility under the Criminal Justice Act and appoint counsel promptly for the identified supervised release condition proceedings, including preparation and litigation of the residence and reporting motions and representation at related Rule 32.1 hearings.

B. Appoint the Federal Public Defender or a qualified CJA panel attorney, as appropriate under the district's appointment procedures and any conflict requirements. If counsel remains appointed in this case, clarify or renew the scope of representation, or consider substitution if necessary, rather than create conflicting appointments.

C. Include representation in any related modification or violation proceedings and related hearings that arise in this case, and appropriate ancillary matters within 18

U.S.C. Section 3006A(c), subject to the Court's supervision of the appointment's scope.

D. Direct that my CJA 23 financial affidavit and supporting financial declaration be handled outside the public case file and, if docketed, under seal, consistent with Guide to Judiciary Policy, Vol. 7A, Section 210.40.20(h). Permit submission and any necessary financial inquiry through the Clerk, a judicial officer, or other authorized personnel.

E. Allow appointed counsel a reasonable opportunity to consult with me and prepare before a contested hearing, while preserving consideration of any urgent relief. I submit a separate supporting brief and proposed order. My CJA 23 and supporting financial declaration must be completed and submitted through the Court's authorized financial eligibility procedures.

Respectfully submitted,

Date: September 29, 2026
Signature: ______Max Vance______
Max Vance
Defendant pro se
Lauderhill, Florida