FILED
WILLIAMSPORT

OCT 22 2026

PER [signature]
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

United States v. Max Vance
Case# 4:24-CR-00015

Motion to Remove Residential address from public Docket and Limit public Display to Defendants Name

I, Max Vance, proceeding pro se, respectfully request an order directing the Clerk to remove my residential address from publicly accessible docket contact information and to display my name without any address.

In support:

1- I am seeking protection of my privacy of my residence while continuing to provide the Court with accurate contact information under Seal.

2- Federal Rule of Criminal Procedure 49.1(e) further authorizes the Court, to require redaction of additional informal or limit nonparty remote electronic access to a filed

document.

3- Defendant requests that no residential address information - including street address, zip code, city or state appear in the publicly accessible docket contact information. I request that only my name appear in that portion of the public docket.

4- Alternatively, if the Court can not suppress all address information, I request that the public docket display only the city and state

5- This request concerns public disclosure only. My address will remain under seal.

6- To the extent My residential address appears in existing public docket entries or filed documents, I request removal of that information from publicly accessible docket text. If necessary, I request temporary restriction of access to an affected document pending address removal.

7- I am requesting that future public docket entries and filings omit my residential address.

Respectfully Submitted
Max Vance
Defendant, pro se
10-21-2026

FedEx

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:ZFTA (732) 789-4378
MAX VANCE
1201 FAIRLAKE BOULEVARD
WESTON, FL 33326
UNITED STATES US

SHIP DATE: 21OCT26
ACTWGT: 0.20 LB
CAD: 6574703/ROSA2710

TO CLERK OF COURT
US DISTRICT COURT
240 WEST 3RD STREET
WILLIAMSPORT PA 17701
(000) 000-0000 REF:
INV:
PO: DEPT:

RCV
Wmspt
10/22/26
NR

FedEx Express
E

THU - 22 OCT 5:00P
STANDARD OVERNIGHT

TRK# 0201 8790 1513 1033

XX WMPTG

BVSA 17701
PA-US MDT

R[...]sable Enve[...]
Recycle me.

0177 THU 10/22 08:42
US DISTRICT COURT
240 W 3RD ST
WILLIAMSPORT PA
218-4003
17701-6438-99
E
ETP:2 SP:PD:100:Y
1195274253160001770100879015131033

USMS X-RAY

Align bottom of peel-and-stick airbill or pouch here.