FILED
WILLIAMSPORT

OCT 22 2026

PER NR
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
U.S. V. Max Vance
# 4:24-CR-00015

Brief in Support of Motion to Remove Residential Address from public Docket

I am requesting protection of my residential information appearing in the public accessible docket.

Rule 49.1 (e) authorizes additional redaction and restriction on nonparty remote electronic access for good cause. I request that the Court exercise that authority to omit all address information, specifically my residential address, from the public docket.

The requested relief protects the privacy of my residence. Alternatively, I request that the court limit public address information to city and State.

I respectfully request that the court grant the motion.

Respectfully Submitted
Max Vance
Defendant, pro se
10-21-2026