PWUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:24-CR-15 |
| | : | |
| v. | : | (CHIEF JUDGE BRANN) |
| | : | |
| MAX VANCE, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

MOTION OF THE UNITED STATES FOR
FINAL ORDER OF FORFEITURE

The United States of America, by and through its counsel, Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, and Evelyn Stoner, Assistant United States Attorney, respectfully moves the Court for a Final Order of Forfeiture in the above-captioned case for the reasons set forth below.

1. On February 27, 2026, the defendant pleaded guilty to Count One of the Superseding Indictment and, pursuant to the defendant's Plea Agreement filed on February 24, 2026, agreed to forfeit to the United States the following property:

   a. External Drive (USB drive), Samsung model PSSD T7, Serial #S6X9NS0T904211A.

2. By virtue of the Plea Agreement, the Court entered a Preliminary Order of Forfeiture regarding the above-described property on March 5, 2026. (Doc. 180).

3. The United States seeks forfeiture of all interests in the above-referenced property including titled owners, spouses, and any other interested parties.

4. Through the Superseding Indictment and the defendant's guilty plea, the United States has established that the defendant has an interest in the property subject to forfeiture.

5. In accordance with 21 U.S.C. § 853(n), the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for a period of thirty (30) consecutive days on the government's internet forfeiture website, any person asserting a legal interest in the property subject to forfeiture could, within thirty (30) days of the final publication of notice, petition the court for a hearing to adjudicate the validity of his/her alleged interest in the property. (Doc. 227).

6. No claims were filed within the requisite thirty-day period. Therefore, any third-party interests are barred.

7. As set forth in the Plea Agreement, the defendant concurs with this motion.

Accordingly, the United States respectfully moves the Court for a Final Order of Forfeiture declaring the property described above condemned and forfeited as to all parties, including titled owners, spouses, and any other interested parties, vesting

full right, title, and interest in the property in the United States of America and directing the United States to dispose of the property according to law as proposed in the attached order.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

By: */s/* Evelyn Stoner
EVELYN STONER
Assistant U.S. Attorney
1501 N. 6th Street
Harrisburg, PA 17102
Phone: 717-221-4482
evelyn.stoner@usdoj.gov

CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on November 9, 2026.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

By: *s/ Kristine E. Lewis*
KRISTINE E. LEWIS
FSA Forfeiture Paralegal, Contractor
United States Attorney's Office
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave., Ste. 311
Scranton, PA 18503
Phone: 570-207-4819
Fax: 570-348-2037
Kristine.Lewis@usdoj.gov