UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:24-CR-15 |
| | : | |
| v. | : | (CHIEF JUDGE BRANN) |
| | : | |
| MAX VANCE, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

In accordance with Local Rule 7.1, I hereby certify that counsel for defendant concurs with this motion as stated in the Plea Agreement.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

By: /s/ Evelyn Stoner
EVELYN STONER
Assistant U.S. Attorney
1501 N. 6th Street
Harrisburg, PA 17102
Phone: 717-221-4482
evelyn.stoner@usdoj.gov