UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-134

No. 26-2202

UNITED STATES OF AMERICA

v.

MAX VANCE, a/k/a Andre J. Burk,
Appellant

(M.D. Pa. No. 4:24-cr-00015-001)

Present: BIBAS, MATEY and MONTGOMERY-REEVES, *Circuit Judges*

1. Motion by Appellee USA to Enforce Appellate Waiver and For Summary Affirmance

2. Appellant's Response to United States Motion to Enforce Appellate Waiver and For Summary Affirmance

3. Appellant's Motion to File Exhibits/Documents Under Seal

Respectfully,
Clerk/kr/tmm

ORDER

The foregoing motion to enforce appellate waiver and for summary affirmance is GRANTED. The motion to file exhibits/documents under seal is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: October 20, 2026

kr/cc: Carlo D. Marchioli, Esq.
Jason F. Ullman, Esq.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT SEAL

**Certified as a true copy and issued in lieu of a formal mandate on** November 12, 2026

**Teste:** Patricia A Dodszuweit
**Clerk, U.S. Court of Appeals for the Third Circuit**