OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 12, 2026

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
Herman T. Schneebeli Federal Building
240 W Third Street
Williamsport, PA 17701

RE: USA v. Max Vance
Case Number: 26-2202
District Court Case Number: 4:24-cr-00015-001

Dear District Court Clerk,

Enclosed herewith is the certified copy of the order in the above-captioned case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified order shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Kirsi/tmm, Case Manager
267-299-4911

cc: Carlo D. Marchioli, Esq.

Jason F. Ullman, Esq.