UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:24-CR-15 |
| v. | : | (CHIEF JUDGE BRANN) |
| MAX VANCE, | : | |
| Defendant. | : | (Electronically Filed) |

FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on March 5, 2026, ordering the defendant to forfeit:

a. External Drive (USB drive), Samsung model PSSD T7, Serial #S6X9NS0T904211A.

Notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein; and

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated this 16th day of November 2026.

*s/ Matthew W. Brann*

MATTHEW W. BRANN
CHIEF UNITED STATES DISTRICT JUDGE